[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-2182

SONIA BRUNO-LAUREANO, ELIUD CANALES-ARROYO, ET AL.,

Plaintiffs, Appellants,

v.

EMORY COLLEGE OF PUERTO RICO, INC., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Salvador E. Casellas, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Selya and Boudin, Circuit Judges. 



Ricardo L. Torres Munoz and Roman, Rios, Torres & Rivera on brief 
for appellants.
Marlene Aponte Cabrera on brief for appellees. 



 February 20, 1998


Per Curiam. Upon careful review of the briefs and 

record, we conclude that this appeal is suitable for summary

disposition. The record shows that the September 27, 1996,

order allowed plaintiffs to file an amended complaint to

correct the name of one of the defendants, and the amended

complaint filed in November 1996 complied with that order.

When defendants answered that amended complaint and did not

raise any jurisdictional defense, they waived any objection

based on lack of service of the summons. See Fed. R. Civ. P. 

12(h)(1). Accordingly, the amended complaint should not have

been dismissed for failure to serve the summons on

defendants. 

The judgment is vacated, and the case is remanded to the 

district court for reinstatement of the amended complaint and

further proceedings consistent with this opinion. See 1st 

Cir. Loc. R. 27.1.

-2-